RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 20 2024
DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. |
| | * 18 U.S.C. § 922(o) |
| VERSUS | * 28 U.S.C. § 2461(c) |
| | * |
| KAELIN WILLIAMS | * 1:24-cr-00054-01 |
| | Judge Drell |
| ORDER | Magistrate Judge Perez-Montes |

Considering the Motion to Seal Indictment in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that the indictment in this matter is hereby ORDERED sealed;

IT IS FURTHER ORDERED that ALL court personnel, including but not limited to, Clerk of Court, U.S. Probation, and U.S. Marshal, are hereby instructed <u>not</u> to reveal the existence of said indictment to anyone, specifically including the news media and/or defense attorney(s). Nothing in this Order shall restrict law enforcement agencies or personnel from communicating information regarding this indictment to any party for purposes related to the apprehension and arrest of the defendant;

IT IS FURTHER ORDERED that the above captioned indictment shall remain SEALED until the arrest of the defendant in the above captioned case.

DONE AND SIGNED this 20th day of March 2024, at Lafayette, Louisiana.

CAROL B. WHITEHURST
United States Magistrate Judge